IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDDIE LEE WILLIAMSON,

    Plaintiff,                              No. CIV S-11-1079 JAM EFB P

    vs.

M.L. MARTINEZ, et al.,

    Defendants.                       ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On January 26, 2012, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations filed January 26, 2012, are adopted in full; and

2. Plaintiff's claims against defendants Flores and Swarthout are dismissed without prejudice.

DATED: April 9, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE