IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDDIE LEE WILLIAMSON,

       Plaintiff,                    No. 2:11-cv-1079 JAM EFB P

       vs.

M.L. MARTINEZ, et al.,

       Defendants.               <u>ORDER</u>

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On July 24, 2012, plaintiff filed a 31-page opposition to defendants' motion to dismiss. Dckt. No. 31. On July 25, 2012, the court denied defendants' motion to dismiss without prejudice. Dckt. No. 30. The court informed plaintiff that if defendants re-served their motion to dismiss, plaintiff could either rely on his July 24 opposition, or file a new opposition. Dckt. No. 32. On July 26 and July 30, plaintiff again filed his 31-page opposition brief. Dckt. Nos. 33, 34. On August 2, plaintiff requested injunctive relief because of his belief that prison officials had "intercepted" his opposition and that it had not been mailed to the court. Dckt. No. 35. On the same day, plaintiff filed a fourth and partial copy of his 31-page opposition brief. Dckt. No. 36. And on August 7, 2012, defendants re-filed and re-served their motion to dismiss. Dckt. No. 38.

In light of this record, IT IS HEREBY ORDERED that:

1. Plaintiff's August 2, 2012 motion (Dckt. No. 35) is denied.

2. Plaintiff may file and serve an amended opposition within thirty days. If plaintiff fails to file an amended opposition, the court will consider his existing opposition in resolving defendant's motion.

3. If plaintiff files an amended opposition, defendants may thereafter file an amended reply within fourteen days.

DATED: August 10, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE