IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE LEE WILLIAMSON, | |
| Plaintiff, | No. 2:11-cv-1079 JAM EFB P |
| vs. | |
| M.I. MARTINEZ, et al., | |
| Defendants. | ORDER |
| _____/ | |

     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On January 16, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days from the date the findings and recommendations were served.  After an extension of time, plaintiff has filed objections to the findings and recommendations.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

////

1

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 16, 2013, are adopted in full; and

2. Defendants' August 7, 2012 motion to dismiss defendant Busig for failure to exhaust administrative remedies (Dckt. No. 38) is granted.

So ordered.

DATED: April 1, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE