## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

FREDDIE LEE WILLIAMSON,

        Plaintiff,                  No. 2:11-cv-1079 JAM EFB P

  vs.

M.I. MARTINEZ, et al.,

                                    **ORDER & WRIT OF HABEAS CORPUS**
        Defendants.          **AD TESTIFICANDUM**

        Freddie Lee Williamson, CDCR # E-73481, a necessary and material witness in a settlement conference in this case on June 13, 2013, is confined in California State Prison-Solano (SOL), 2100 Peabody Road, Vacaville, California 95696, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Thursday, June 13, 2013 at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kendall J. Newman; and

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SOL, P.O. Box 4000, Vacaville, California 95696:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by Judge Newman.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  May 9, 2013.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE