IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDDIE LEE WILLIAMSON,         No. 2:11-cv-1079 JAM EFB P

    Plaintiff,

  vs.

M.I. MARTINEZ, et al.,           <u>ORDER</u>

    Defendants.
_____/

    Plaintiff is a state prisoner proceeding pro se in a civil rights pursuant to 42 U.S.C. § 1983. On April 16, 2013, plaintiff filed a request to participate in a settlement conference. Dckt. No. 48. On May 2, 2013, counsel for defendant contacted the court's ADR coordinator and stated that defendant is also interested in a settlement conference. Therefore, on May 9, 2013, the court determined that this case would benefit from a settlement conference, scheduled a settlement conference, and issued a writ of habeas corpus ad testificandum to secure plaintiff's attendance. Dckt. Nos. 54, 55.

    On May 16, 2013, defense counsel requested that the settlement conference and writ be vacated because "the parties are too far apart to make a settlement conference worthwhile." Dckt. No. 56.

////

1

1  As it no longer appears that this case would benefit from a settlement conference,
2 the conference set for June 13, 2013 before Magistrate Judge Kendall J. Newman and the writ to
3 secure plaintiff's attendance at the conference, must be vacated.
4  Accordingly, IT IS HEREBY ORDERED that the May 9, 2013 order and the writ of
5 habeas corpus ad testificandum (Dckt. Nos. 54, 55) are vacated.  The Clerk is directed to serve a
6 courtesy copy of this order by facsimile on the Warden, California State Prison-Solano.
7 Dated: May 20, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2